UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HONGHUA CAO,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Acting Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; JEREMY CASEY, Warden at Imperial Regional Detention Center,

Respondents.

Case No.: 3:26-cv-04132-LEK-JLB

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Honghua Cao ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") on July 17, 2026. [Dkt. no. 1.] On July 28, 2026, this Court issued an order granting the Petition ("7/28 Order"). [Dkt. no. 6.] The 7/28 Order directed the respondents, identified in the Petition as Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; and Jeremy Casey, Warden at Imperial Regional Detention Center ("Respondents"), to release Petitioner from custody, under the same conditions which existed immediately prior to Petitioner's detention on December 12, 2025, and to return his property to him upon his release. [Id. at 3.]

On July 30, 2026, Respondents filed the parties' Joint Status Report, stating that Petitioner was released from custody on July 29, 2026, with his belongings. [Dkt. no. 7.] In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 7/28 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 30, 2026.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**<u>HONGHUA CAO VS. MARKWAYNE MULLIN, ET AL.</u>; CASE NO. 3:26-CV-04132-LEK-JLB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**