# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Honghua Cao

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.** 26-cv-04132-LEK-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is hereby entered in favor of Petitioner.

**Date:** 7/31/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-04132-LEK-JLB

Respondent
Markwayne Mullin
Secretary of the Department of Homeland Security

Respondent
Todd Blanche
Acting Attorney General

Respondent
Todd M. Lyons
Acting Director, Immigration and Customs Enforcement

Respondent
Jesus Rocha
Acting Field Office Director, San Diego Field Office

Respondent
Jeremy Casey
Warden at Imperial Regional Detention Center